# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 25-MJ-765-CDL |
| TREVOR WAYNE PICKETT, | |
| Defendant. | |

### Petition for Writ of Habeas Corpus Ad Prosequendum

COMES NOW John W. Dowdell, Assistant United States Attorney for the Northern District of Oklahoma, and represents to this Honorable Court that there is now pending in this Court a certain case in which the United States of America is plaintiff and in which TREVOR WAYNE PICKETT is defendant, and that the case is set for initial appearance at Tulsa, Oklahoma.

Plaintiff further states that it is necessary to have TREVOR WAYNE PICKETT present at Tulsa, Oklahoma, forthwith and for the duration of this case.

That TREVOR WAYNE PICKETT at this time is a prisoner in the Mayes County Jail, Pryor, Oklahoma, and will not have been released on the date that the initial appearance is scheduled, and that TREVOR WAYNE PICKETT is in the charge, custody, and under the control of the Sheriff of the Mayes County Jail, Pryor, Oklahoma.

WHEREFORE, plaintiff prays that a Writ of Habeas Corpus Ad Prosequendum be issued by this Honorable Court to the Sheriff of said institution, Mike Reed, and that he be directed and required to deliver the body of TREVOR WAYNE PICKETT to the United States Marshal for the Northern District of Oklahoma, or a Deputy Marshal, or to any federal law enforcement agent, and that the Marshal, deputy, or agent shall produce and bring the body of TREVOR WAYNE PICKETT before this Court in Tulsa, Oklahoma, forthwith, and that upon completion of this case, the Marshal, deputy, or agent shall return the body of TREVOR WAYNE PICKETT to the aforesaid Mayes County Jail, Pryor, Oklahoma.

    Respectfully submitted,

    CLINTON J. JOHNSON
    United States Attorney

    */s/ John W. Dowdell*
    John W. Dowdell, OBA No. 33162
    Assistant United States Attorney
    110 West 7th Street, Suite 300
    Tulsa, Oklahoma 74119
    (918) 382-2700

| | |
|---|---|
| STATE OF OKLAHOMA | ) |
| | ) ss. |
| COUNTY OF TULSA | ) |

John W. Dowdell, Assistant United States Attorney for the Northern District of Oklahoma, being first duly sworn, and having read the above and foregoing Petition for Writ of Habeas Corpus Ad Prosequendum, states that the facts contained therein are true and correct to the best of my knowledge and belief.

/s/ John W. Dowdell
Assistant United States Attorney

Subscribed and sworn to before me this 12th day of September, 2025.

/s/ Hunter R. Marone
Notary Public

My commission expires:
07/14/2029

My commission number:
#21009276